**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 557 MAL 2019

       Respondent                   :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

       v.                          :

                                         :

JEFFREY HERNANDEZ,                   :

                                         :

       Petitioner                    :

COMMONWEALTH OF PENNSYLVANIA,     :    No. 558 MAL 2019

       Respondent                   :

                                         :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

       v.                          :

                                         :

JEFFREY HERNANDEZ,                   :

                                         :

       Petitioner                    :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 12th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.